PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual, | Case No.: 5:16-cv-02271-RGK-DTB |
| Plaintiff, | **[PROPOSED] JUDGMENT FOR PLAINTIFF HOANG MINH LE AGAINST DEFENDANTS** |
| vs. | |
| GIANG GUO QI, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT"; and GANG WANG, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT"; ROIC DBTC, LLC, a limited liability company, | [Hon. R. Gary Klausner *presiding*] |
| Defendants. | |

# [PROPOSED] ORDER

On May 7, 2018, the Court entered an order granting plaintiff HOANG MINH LE's ("Plaintiff") motion for default judgment against GIANG GUO QI, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT"; and GANG WANG, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT"; (collectively, "Defendants"). Consequently,

**IT IS ORDERED AND ADJUDGED**

1. That Plaintiff recover $4,000.00 in statutory damages under the Unruh Civil Rights Act from Defendant;
2. That Plaintiff recover $600.00 in attorney's fees from Defendant;
3. That Plaintiff recover $540.00 in costs from Defendants;
4. That Defendants are enjoined to ensure that accessible barriers at the Property 1126 S. Diamond Bar Blvd., Diamond Bar, CA 91765 from which the business "Jade House Seafood" operates (the "Property") are removed and/or corrected, including but not limited to ensuring that restrooms at the Property are accessible, as specified under the law;
5. That the action be, and is hereby dismissed.

Dated: May 15, 2018

*/s/ Gary Klausner*

Hon. R. Gary Klausner
District Court Judge

# PROOF OF SERVICE

**CASE NAME:**  *Le vs. Doe, dba JADE HOUSE SEAFOOD AND BBQ, et al.*

**CASE NUMBER:**  5:16-CV-02271-RGK-DTB

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17802 Irvine Blvd Suite 117, Tustin, CA 92780

On May 15, 2018, I served the foregoing document described as:

**[PROPOSED] ORDER**

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

**GIANG GUO QI, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT";
GANG WANG, an individual dba "JADE HOUSE SEAFOOD & BBQ RESTAURANT"
1126 S. Diamond Bar Blvd
Diamond Bar, CA 91765**

**[X]  BY MAIL**

**[X]** I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid.

**[X]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Dated: May 15, 2018  /s/ Pamela Tsao
Pamela Tsao